660 A.2d 484

IN THE MATTER OF KENNETH S. MEYERS, AN ATTORNEY AT LAW.

June 28, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **KENNETH S. MEYERS** of **WESTFIELD,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for three years, effective January 15, 1992, by Order of this Court dated December 27, 1991, be restored to the practice of law, effective immediately.